NUMBER 13-02-304-CR

 

                                  COURT OF
APPEALS

 

                     THIRTEENTH DISTRICT OF
TEXAS

 

                                    CORPUS
CHRISTI

________________________________________________________________

 

ESTEBAN
MORALES REYNA,                                                           Appellant,

 

                                                             v.

 

THE STATE OF TEXAS,                                                                        Appellee.

________________________________________________________________

 

                               On appeal from
the 332nd District Court 

                                          of Hidalgo County, Texas.

________________________________________________________________

 

                                         O P I N
I O N

 

                          Before Justices
Dorsey, Rodriguez, and Castillo

                                               Opinion
Per Curiam

 








Appellant, ESTEBAN MORALES REYNA, perfected an appeal from a judgment entered by the 332nd District Court of Hidalgo County, Texas,  in cause number CR-2118-01-F.  Appellant has filed a motion to withdraw the
notice of appeal.  The motion complies
with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file
and appellant=s motion
to withdraw the notice of appeal, is of the opinion that appellant's motion to
withdraw the notice of appeal should be granted.  Appellant's motion to withdraw the notice of
appeal  is granted, and the appeal is
hereby DISMISSED.

PER CURIAM

Do
not publish.

Tex. R. App. P. 47.3.

Opinion
delivered and filed this

the 19th day of September, 2002.